**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: KROWNED KRYSTALS, LLC | § | Case No. 24-11896 A |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

    1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 09/30/2024. The case was converted to one under Chapter 7 on 01/13/2025. The undersigned trustee was appointed on 01/14/2025.

    2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

    4. The trustee realized the gross receipts of      $ 2,722.90

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 25.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 2,697.90 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/13/2025 and the deadline for filing governmental claims was 07/12/2025. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $680.73. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $680.73, for a total compensation of $680.73[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $71.25 for total expenses of $71.25[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/15/2025     By: /s/ Barbara N. Rivera-Fulton
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

**Case No.:** 24-11896 A
**Case Name:** KROWNED KRYSTALS, LLC
**For Period Ending:** 08/15/2025

**Trustee Name:** (380060) Barbara Rivera-Fulton
**Date Filed (f) or Converted (c):** 01/13/2025 (c)
**§ 341(a) Meeting Date:** 03/07/2025
**Claims Bar Date:** 06/13/2025

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Account at Checking account at Chase ending 5837 | 1,900.55 | 1,900.55 | | 0.00 | FA |
| 3 | Raw Materials: inventory including resin and glass flat back rhinestones, flat back pearls, mixes, hotfix rhinestones, etc., Net Book Value: $0.00 | 15,000.00 | 6,995.51 | | 0.00 | FA |
| 4 | Finished goods: Krystal Glaze Multi-Purpose Craft Glue, Net Book Value: $0.00 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | 2023 Cadillac Escalade. | 104,161.50 | 0.00 | | 0.00 | FA |
| 6 | Account at Chase bank account ending 5860 (u) | Unknown | Unknown | | 0.00 | FA |
| 7 | Reimbursement of Previous Chapter Attorney's Fee (u) | 0.00 | 2,722.90 | | 2,722.90 | FA |
| **7** | **Assets Totals (Excluding unknown values)** | **$121,062.05** | **$11,618.96** | | **$2,722.90** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR
Trustee to review claims register.

**Initial Projected Date Of Final Report (TFR):** 11/28/2025     **Current Projected Date Of Final Report (TFR):** 11/28/2025

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| | |  | | |
|---|---|---|---|---|
| Case No.: | 24-11896 A | Trustee Name: | Barbara Rivera-Fulton (380060) | |
| Case Name: | KROWNED KRYSTALS, LLC | Bank Name: | TriState Capital Bank | |
| Taxpayer ID #: | **-***0701 | Account #: | ******3107 Checking | |
| For Period Ending: | 08/15/2025 | Blanket Bond (per case limit): | $31,981,268.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/24/25 | {7} | The De Leo Law Firm LLC | Reimbursement of Attorney's Fees | 1229-000 | 2,722.90 | | 2,722.90 |
| 03/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,717.90 |
| 04/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,712.90 |
| 05/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,707.90 |
| 06/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,702.90 |
| 07/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,697.90 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 2,722.90 | 25.00 | $2,697.90 |
| Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| Subtotal | | 2,722.90 | 25.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $2,722.90 | $25.00 | |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 2

| | | | |
|---|---|---|---|
| **Case No.:** | 24-11896 A | **Trustee Name:** | Barbara Rivera-Fulton (380060) |
| **Case Name:** | KROWNED KRYSTALS, LLC | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***0701 | **Account #:** | ******3107 Checking |
| **For Period Ending:** | 08/15/2025 | **Blanket Bond (per case limit):** | $31,981,268.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $2,722.90 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $2,722.90 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3107 Checking | $2,722.90 | $25.00 | $2,697.90 |
| | **$2,722.90** | **$25.00** | **$2,697.90** |

UST Form 101-7-TFR (5/1/2011)


Page: 1

# Exhibit C

## Analysis of Claims Register

### Case: 24-11896 A KROWNED KRYSTALS, LLC

Claims Bar Date: 06/13/25

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | AmeriCredit Financial Services, Inc.<br>AmeriCredit Financial Services, Inc. dba GM Financial, AmeriCredit Financial Services, Inc. dba GM Financial<br>PO Box 183853<br>Arlington, TX 76096<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>10/10/24 | | $110,336.27<br>$0.00 | $0.00 | $0.00 |
| FEE | Barbara Rivera-Fulton<br>P. O. Box 19980<br>New Orleans, LA 70179<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>03/26/25 | | $680.73<br>$680.73 | $0.00 | $680.73 |
| TE | Barbara Rivera-Fulton<br>P. O. Box 19980<br>New Orleans, LA 70179<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>08/15/25 | | $71.25<br>$71.25 | $0.00 | $71.25 |
| Ch 11 Admin | GRETA M BROUPHY<br>650 Poydras Street<br>Suite 2500<br>New Orleans, LA 70130-6175<br><6101-000 Prior Chapter Trustee Compensation ><br>, 300 | Administrative<br>03/12/25 | | $3,010.00<br>$3,010.00 | $0.00 | $3,010.00 |
| Ch 11 Admin | Patrick J. Gros, CPA<br>651 River Highalnds Blvd.<br>Covington, LA 70433<br><6410-000 Prior Chapter Accountant for Trustee/DIP Fees (Other Firm)><br>, 300 | Administrative<br>03/12/25 | | $798.25<br>$798.25 | $0.00 | $798.25 |
| 2P | Ohio Department of Taxation<br>ATTN: Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>10/10/24 | | $183.70<br>$183.70 | $0.00 | $183.70 |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Analysis of Claims Register

### Case: 24-11896 A KROWNED KRYSTALS, LLC

Claims Bar Date: 06/13/25

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| 6P | IRS<br>801 BROADWAY, M/S MDP 146<br>NASHVILLE, TN 37203<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>11/14/24 | | $7,057.56<br>$7,057.56 | $0.00 | $7,057.56 |
| 8 | The State of New Jersey Division of Taxation<br>PO BOX 245-Bankrutpcy<br>Trenton,, NJ 08695-0245,<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>01/06/25 | | $45.59<br>$45.59 | $0.00 | $45.59 |
| 10P | Louisiana Department of Revenue<br>Bankruptcy Section<br>P.O. Box 66658<br>Baton Rouge, LA 70896<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>04/21/25 | | $1,213.79<br>$1,213.79 | $0.00 | $1,213.79 |
| 2U | Ohio Department of Taxation<br>ATTN: Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/10/24 | | $121.72<br>$121.72 | $0.00 | $121.72 |
| 3 | First Guaranty Bank<br>PO Box 2009<br>Hammond, LA 70404<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/16/24 | | $8,216.46<br>$8,216.46 | $0.00 | $8,216.46 |
| 4 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>11/01/24 | | $22,142.62<br>$22,142.62 | $0.00 | $22,142.62 |

# Exhibit C

## Analysis of Claims Register

### Case: 24-11896 A KROWNED KRYSTALS, LLC

Claims Bar Date: 06/13/25

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 11/08/24 | | $37,606.99 $37,606.99 | $0.00 | $37,606.99 |
| 6U | IRS PO Box 7346 Philadelphia, PA 19101-7346 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 11/14/24 | | $2,000.00 $2,000.00 | $0.00 | $2,000.00 |
| 7 | Cellco Partnership d/b/a Verizon Wireless William M Vermette 22001 Loudoun County PKWY Ashburn, VA 20147 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 11/21/24 | | $1,769.04 $1,769.04 | $0.00 | $1,769.04 |
| 9 | Heller, Draper & Horn, LLC (ADMINISTRATIVE) 650 Poydras Street, Suite 2500 New Orleans, LA 70130 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 03/14/25 | | $0.00 $0.00 | $0.00 | $0.00 |
| 10U | Louisiana Department of Revenue Bankruptcy Section P.O. Box 66658 Baton Rouge, LA 70896 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 04/21/25 | | $308.47 $308.47 | $0.00 | $308.47 |
| | | | Case Total: | | $0.00 | $85,226.17 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 24-11896 A
Case Name: KROWNED KRYSTALS, LLC
Trustee Name: Barbara Rivera-Fulton

**Balance on hand:** $ 2,697.90

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | AmeriCredit Financial Services, Inc. | 110,336.27 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 2,697.90

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Barbara Rivera-Fulton | 680.73 | 0.00 | 680.73 |
| Trustee, Expenses - Barbara Rivera-Fulton | 71.25 | 0.00 | 71.25 |

Total to be paid for chapter 7 administrative expenses: $ 751.98
Remaining balance: $ 1,945.92

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Trustee Compensation - GRETA M BROUPHY | 3,010.00 | 0.00 | 1,538.03 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm) - Patrick J. Gros, CPA | 798.25 | 0.00 | 407.89 |

Total to be paid for prior chapter administrative expenses: $ 1,945.92
Remaining balance: $ 0.00

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,500.64 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2P | Ohio Department of Taxation | 183.70 | 0.00 | 0.00 |
| 6P | IRS | 7,057.56 | 0.00 | 0.00 |
| 8 | The State of New Jersey Division of Taxation | 45.59 | 0.00 | 0.00 |
| 10P | Louisiana Department of Revenue | 1,213.79 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $72,165.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2U | Ohio Department of Taxation | 121.72 | 0.00 | 0.00 |
| 3 | First Guaranty Bank | 8,216.46 | 0.00 | 0.00 |
| 4 | American Express National Bank | 22,142.62 | 0.00 | 0.00 |
| 5 | American Express National Bank | 37,606.99 | 0.00 | 0.00 |
| 6U | IRS | 2,000.00 | 0.00 | 0.00 |
| 7 | Cellco Partnership d/b/a Verizon Wireless | 1,769.04 | 0.00 | 0.00 |
| 9 | Heller, Draper & Horn, LLC (ADMINISTRATIVE) | 0.00 | 0.00 | 0.00 |
| 10U | Louisiana Department of Revenue | 308.47 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**